UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

KEITH HENDERSON,     )
                     )
    Plaintiff,       )
                     )
v.                   )
                     )   6:14-cv-85
JAMES E. GRAHAM et al., )
                     )
    Defendants.      )
                     )

**ORDER**

Keith Henderson brings an action against court employees under 42 U.S.C. § 1983. Judge Bowen previously declared Henderson to be an abusive filer. *See* Case No. 3:12-mc-002, ECF No. 1 at 5. Judge Bowen ordered that all further complaints by Henderson shall be consolidated in a miscellaneous case file and screened for compliance with 28 U.S.C. § 1915(g). *Id.* at 7-8. Accordingly the Court **ORDERS** the Clerk to close this case and forward the filings to Judge Bowen.

The 13 day of August 2014

_____
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA